No. 432. HOLMES ET AL. *v.* EDDY ET AL. C. A. 4th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Marshall, Assistant Attorney General Douglas, Philip A. Loomis, Jr.,* and *Walter P. North* for Securities and Exchange Commission et al., respondents. 

No. 433. SHAMROCK OIL & GAS CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *H. A. Berry* and *W. M. Sutton* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Roberts, Melva M. Graney* and *Thomas L. Stapleton* for respondent. 

No. 435. BERMAN, TRADING AS SCOTT CONSTRUCTION Co., ET AL. *v.* HERRICK ET AL., TRADING AS LEWIS TOWER BUILDING. C. A. 3d Cir. Certiorari denied. *Samuel Sacks* for petitioners. *Louis J. Goffman* for respondents.

No. 140. BLAU *v.* MAX FACTOR & Co. ET AL. C. A. 9th Cir. Motion of petitioner for leave to submit additional authority granted. Certiorari denied. *Morris J. Levy* and *Robert W. Kenny* for petitioner. *Carl J. Schuck* and *Wayne H. Knight* for Max Factor & Co., and *Frederic H. Sturdy* for Factor et al., respondents.

No. 500. HALPERN ET AL., DBA BURLINGTON BROADCASTING Co. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. *Morton H. Wilner* for petitioners. *J. Roger Wollenberg* for West Jersey Broadcasting Co., and *Arthur W. Scharfeld* for Giordano, respondents.